UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.:  20CR1765-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCE HEARING |
| ANGELICA ORTIZ-REYES, | |
| Defendant. | |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Sentencing Hearing currently set for October 30, 2020 at 9:00 a.m., be continued to December 4, 2020 at 10:30 a.m. It is further ordered that the time is excluded in the interests of justice, pursuant to 18 U.S.C. §3161(h)(7)(A), to further seek mitigation documentation and enable the Defense sufficient opportunity to confidentially prepare for Sentencing.

IT IS SO ORDERED.

Dated: October 28, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge